# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23cr211(8) |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | |
| | ) | **MOTION TO PROVIDE TRANSCRIPT** |
| JORDAN JARVIS | ) | **AT GOVERNMENT EXPENSE** |
| | ) | |
| Defendant. | ) | |

    Now comes the Defendant, through undersigned counsel, and hereby moves the Court to authorize the transcript of the April 4, 2024, sentencing hearing, to be paid pursuant to the Criminal Justice Act (Dkt. No. 327). Undersigned counsel was appointed pursuant to CJA to represent Defendant Jarvis on June 30, 2025, in connection with post-conviction issues, and needs the sentencing transcript. Attached hereto is a Non-Appeal Transcript Order for said transcript. (Exhibit A).

                                          Respectfully submitted,

                                          FRIEDMAN, GILBERT + GERHARDSTEIN

                                          */s/ Terry H. Gilbert*
                                          TERRY H. GILBERT (0021948)
                                          Attorney for Defendant
                                          50 Public Square, Suite 1900
                                          Cleveland, OH  44113
                                          Tel:    (216) 241-1430
                                          Fax:   (216) 621-0427
                                          Email: terry@fggfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 22, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Terry H. Gilbert*
                                                TERRY H. GILBERT (0021948)
                                                *Attorney for Defendant*